No. 04–9102. NEWMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9318. McCARTHY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–9533. WICKEM v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–9541. STRADER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9542. THOMAS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–9543. SCOTT v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–9553. STEPHENS v. CRIST, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9557. ASHWORTH v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–9560. ARKOW v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–9567. FASSLER v. PENDLETON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9570. HARRIS v. MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–9573. CARTER v. MITCHELL, SHERIFF, YORK COUNTY, SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–9574. CRAYTON v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–9575. CHILDS v. ANDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9578. McLITTLE v. THOMPSON ET AL. C. A. 6th Cir. Certiorari denied.